IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-04738 |
|---|---|
| MORAIMA IVETTE LOPEZ VAZQUEZ | CHAPTER 7 |
| DEBTOR | |

### INFORMATIVE MOTION
### (AMENDED STATEMENT OF INTENTION)

**TO THE HONORABLE COURT:**

Come now Debtor (s), represented by the undersigned attorney, and represents as follows:

1. Debtor (s) inform (s) of the filing of an Amended Statement of Intention:

   a. Amended Statement of Intention: *to delete unsecured creditors from Debtor's Statement of Intention.*

**WHEREFORE** applicant (s) prays from this Honorable Court to take notice and allow filing of the amended statement filed.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 7 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June 1, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawoffice@gmail.com
jljimenez11@gmail.com

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:     Case No. 11-04738-7

LOPEZ VAZQUEZ, MORAIMA IVETTE     Chapter 7

Debtor(s)

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** POPULAR MORTGAGE | **Describe Property Securing Debt:** PRINCIPAL RESIDENC. A CONCRETE STRUCTURE OF 2,240 |

Property will be *(check one)*:
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other. Explain **Pay pursuant to contract.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [x] Claimed as exempt
- [ ] Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** TOYOTA CREDIT DE PUERTO RICO | **Describe Property Securing Debt:** 2010 TOYOTA 4-RUNNER. STAY LIFTED. IN POSSESSION C |

Property will be *(check one)*:
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other. Explain **LIFT THE STAY IN FAVOR OF CREDITOR** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt
- [x] Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **June 1, 2011**     **/s/ MORAIMA LOPEZ VAZQUEZ**
Signature of Debtor

Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| LOPEZ VAZQUEZ MORAIMA IVETTE<br>URB PALACIOS DEL MONTE 1522<br>TOA ALTA PR 00953 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19850 | DEPARTAMENTO DE HACIENDA<br>BANKRUPTCY SECTION<br>PO BOX 9024140<br>SAN JUAN PR 00902 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 PONCE DE LEON STE 1118<br>SAN JUAN PR 00918-2007 | BP-MAXI<br>SERV DE CREDITO A INDIVIDUOS<br>SAN JUAN PR 00936 | EDDIE MARTINEZ<br>URB PALACIOS DEL MONTE 1522<br>TOA ALTA PR 00953 |
| ACS/JPMORG<br>2277 E 220TH ST<br>LONG BEACH CA 90810 | CHILDREN'S PLACE<br>PO BOX 6497<br>SIOUX FALLS SD 57117 | FED LOAN SERV<br>PO BOX 69184<br>HARRISBURG PA 17106 |
| AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998 | CITI CARDS<br>PO BOX 6077<br>SIOUX FALLS SD 57117-6077 | GC SERVCIES<br>PO BOX 47455<br>JACKSONVILLE FL 32247 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK NJ 07101-1270 | CITIFINANCIAL<br>PO BOX 70919<br>CHARLOTTE NC 28272-0919 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 80110<br>CINCINNATI OH 45280-0010 |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | CITIFINANCIAL PLUS<br>PO BOX 499<br>HANOVER MD 21076 | LTD FINANCIAL SERVICES LP<br>7322 SOUTHWEST FREEWAY SUITE 1600<br>HOUSTON TX 77074 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 | CITIFINANCIAL RETAIL SERVICES<br>PO BOX 71328<br>SAN JUAN PR 00936-8428 | MONEY EXPRESS<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| BANCO POPULAR DE PUERTO RICO<br>CARD PRODUCTS DIVISION<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 | COMMOLOCO<br>PO BOX 1011<br>BAYAMON PR 00960-1011 | MONITRONICS INC<br>8628 INNOVATION WAY<br>CHICAGO IL 60682-0086 |
| BANCO POPULAR DE PUERTO RICO<br>209 MUNOZ RIVERA AVE<br>SAN JUAN PR 00918 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00918-5387 | MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA PR 00739 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00918-5387 | NCO FINANCIAL SYSTEMS<br>PO BOX 15760 DEPT 07<br>WILMINGTON DE 19850-5760 |

POPULAR MORTGAGE
GPO BOX 3229
SAN JUAN PR 00936


ROSENTHAL MORGAN AND THOMAS INC
12747 OLIVE BLVD STE 250
ST LOUIS MO 63141


SANTANDER FINANCIAL
PO BOX 195369
SAN JUAN PR 00919-5369


TOYOTA CREDIT DE PUERTO RICO
PO BOX 366251
SAN JUAN PR 00936-6251


TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140


ZALES
PO BOX 6497
SIOUX FALLS SD 57117